**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.**

JOHANNA RODRIGUEZ,

    Plaintiff,

vs.

MARRIOTT INTERNATIONAL, INC.

    Defendants.

_____/

**SUMMONS IN A CIVIL CASE**

**TO:** MARRIOTT INTERNATIONAL, INC. through its Registered Agent:

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Elvis J. Adan, Esq.
    Fla. Bar No.: 24223
    GALLARDO LAW OFFICE, P.A.
    8492 SW 8th Street
    Miami, Florida 33144
    Telephone: (305) 261-7000

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____     _____
CLERK                                                                                                    DATE

_____
(BY) DEPUTY CLERK